**UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JAIME A. TREJOS | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **Civil Action No.** 4:14-cv-3565 |
| | § | |
| **FORMOSA PLASTICS CORPORATION,** | § | |
| **USA, ZIM INTEGRATED SHIPPING** | § | |
| **SERVICES LTD., and ZIM AMERICAN** | § | |
| **INTEGRATED SHIPPING SERVICES** | § | |
| **COMPANY LLC,** | § | |
| | § | |
| **Defendants.** | § | |

**DEFENDANTS ZIM INTEGRATED SHIPPING SERVICES, LTD. AND ZIM AMERICAN**
**INTEGRATED SHIPPING SERVICES COMPANY'S NOTICE OF REMOVAL**

Defendants ZIM Integrated Shipping Services, Ltd. and ZIM American Integrated Shipping Services Company, LLC (hereafter "ZIM") file this Notice of Removal pursuant to 28 U.S.C. § 1446 and Rule LR-81 of the Local Rules of the United States District Court for the Southern District of Texas ("LR-81").

1.      On or about September 19, 2014, Plaintiff Jaime Trejos ("Plaintiff") filed the present lawsuit in the 270th Judicial District Court of Harris County, Texas, alleging he was injured in an incident on or about September 21, 2012.

2.      ZIM was served with process on November 13, 2014, as was Defendant Formosa Plastics Corporation, USA. ZIM is therefore filing this Notice of Removal within the 30-day period required by 28 U.S.C. §1446(b).

3.      Removal is proper because the suit is a diversity case within the meaning of 28 U.S.C. § 1332, which falls within this Court's original jurisdiction, making it subject to removal pursuant to 28 U.S.C. § 1441.

4.      More particularly, Plaintiff is a resident of Harris County, Texas, and alleges damages in excess of $75,000.   Defendant ZIM American Integrated Shipping Services Company, LLC is an entity formed under the laws of the state of New York and has its principal place of business at 5801 Lake Wright Drive, Norfolk, Virginia, 23502.   Defendant ZIM Integrated Shipping Services, Ltd. is an entity formed under the laws of Israel and has its principal place of business at 9 Andrei Sakharov St., P.OB. 1723, Haifa, 31016, Israel.   Based upon records of the Texas Secretary of State's office, Defendant Formosa Plastics Corporation, USA is an entity formed under the laws of the state of Delaware and has its principal place of business at 9 Peach Tree Hill Road, Livingston, New Jersey, 07039.

5.      Counsel for Defendant Formosa Plastics Corporation, USA has confirmed to counsel for ZIM that Defendant Formosa Plastics Corporation, USA consents to removal.

6.      All pleadings, process, orders, and other filings in the state court action are attached to this Notice as required by 28 U.S.C. § 1446(a) and LR-81.   The complete list of attorneys involved in the removed action is set forth in Exhibit B hereto.

7.      Venue is proper in this district under 28 U.S.C. § 1441(a) because this district and division embrace the place where the removed action was pending.

8.      ZIM will promptly file a copy of this Notice of Removal with the clerk of the state court where the action has been pending.

Respectfully submitted,

**BLANK ROME LLP**

Douglas J. Shoemaker
State Bar No. 00788406
Federal I.D. No. 16854
David G. Meyer
State Bar No. 24052106
Federal I.D. No. 732583
700 Louisiana, Suite 4000
Houston, Texas 77002
(713) 402-7630
FAX (713) 228-6605
***ATTORNEYS FOR DEFENDANTS***
***ZIM INTEGRATED SHIPPING SERVICES, LTD.***
***AND ZIM AMERICAN INTEGRATED SHIPPING***
***SERVICES COMPANY, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served pursuant to Rule 5 of the Federal Rules of Civil Procedure on all counsel of record on this the 15th day of December, 2014.

David G. Meyer

## INDEX OF MATTERS BEING FILED

| EXHIBIT | DOCUMENT | DATE FILED IN STATE COURT |
|---------|----------|---------------------------|
| A. | Index of All Matters Being Filed | N/A |
| A.1 | Harris County District Court Docket Sheet | N/A |
| A.2 | Plaintiff's Original Petition | 09/19/14 |
| A.3 | Civil Case Information Sheet | 09/19/14 |
| ·A.4 | Civil Process Request Form | 11/04/14 |
| A.5 | Civil Process Pick-Up Form | 11/07/14 |
| A.6 | Citation – Service Return - Formosa Plastics | 11/25/14 |
| A.7 | Citation – Service Return – Zim Shipping Servs. | 12/02/14 |
| A.8 | Defendants' Original Answer (Formosa Plastics Corporation USA) | 12/08/14 |
| A.9 | Defendants Zim Integrated Shipping Services, Ltd. And Zim American Integrated Shipping Services Company's Original Answer to Plaintiff Jaime A. Trejos' Original Petition | 12/08/14 |
| B. | Counsel of Record | N/A |

144576.00601/60715710v.1



EXHIBIT

A

Harris County Docket Sheet

# 2014-54522

**COURT:** 270th

**FILED DATE:** 9/19/2014

**CASE TYPE:** DAMAGES (OTHER)



### TREJOS, JAIME A.

Attorney: AGOSTO, BERNARDINO JR.

### VS.

### FORMOSA PLASTICS CORPORATION USA

| Trial Settings | |
|---|---|
| Date | Comment |
| 10/5/2015 | Docket Set For: Trial Setting |

| Docket Sheet Entries | |
|---|---|
| Date | Comment |



**EXHIBIT**

A-1

9/19/2014 5:24:43 PM
Chris Daniel - District Clerk Harris County
Envelope No. 2564707
By: Sherryl Dewalt

## 2014-54522 / Court: 270

### CAUSE NO. _____

| | | |
|---|---|---|
| JAIME A. TREJOS<br>*Plaintiff* | §<br>§<br>§<br>§ | IN THE DISTRICT COURT OF |
| VS. | §<br>§ | HARRIS COUNTY, TEXAS |
| FORMOSA PLASTICS CORPORATION, USA<br>and ZIM INTEGRATED SHIPPING<br>SERVICES CO., INC.<br>*Defendants* | §<br>§<br>§<br>§<br>§ | _____JUDICIAL DISTRICT |

### PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff JAIME A. TREJOS and files his Original Petition complaining of FORMOSA PLASTICS CORPORATION, USA and ZIM INTEGRATED SHIPPING SERVICES CO., INC., hereinafter referred to as Defendants, and would show unto the Court and Jury the following:

### I. DISCOVERY CONTROL PLAN

1.1     Pursuant to Rule 190.3 of the Texas Rules of Civil Procedure, Plaintiff alleges that discovery in this case should be conducted under Level 2.

### II. PARTIES

2.1     Plaintiff Jaime A. Trejos is a resident of Harris County, Texas.

2.2     Defendant FORMOSA PLASTICS CORPORATION, USA is a foreign corporation doing business in the State of Texas for monetary profit and may be served with process by serving its registered agent for service of process:  Corporation Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701-3218.

2.3     Defendant ZIM INTEGRATED SHIPPING SERVICES CO., INC., is a foreign corporation doing business in the State of Texas for monetary profit and may be served with



EXHIBIT

A-2

Certified Document Number: 63033141 - Page 1 of 6

process by serving its registered agent for service of process: CT Corporation System, 350 North St. Paul Street, Suite 2900, Dallas, Texas 75201.

2.4   Plaintiff specifically invokes the right to institute this suit against whatever entity was conducting business using the assumed or common name of "Formosa Plastics Corporation, USA" with regard to the events described in this Petition. Plaintiff expressly invokes the right under Rule 28 of the Texas Rules of Civil Procedure to have the true name of this party substituted at a later time upon the motion of any party or of the Court.

2.5   Plaintiff specifically invokes the right to institute this suit against whatever entity was conducting business using the assumed or common name of "Zim Integrated Shipping Services, Ltd." with regard to the events described in this Petition. Plaintiff expressly invokes the right under Rule 28 of the Texas Rules of Civil Procedure to have the true name of this party substituted at a later time upon the motion of any party or of the Court.

## III. VENUE AND JURISDICTION

3.1   Venue is proper and maintainable in Harris County, Texas under Texas Civil Practice & Remedies Code §101.102 as well as §15.002(a)(1) of the Texas Civil Practice & Remedies Code because all or a substantial part of the events or omissions giving rise to the claims made the basis of this lawsuit occurred in Harris County, Texas

3.2   This Court has jurisdiction in this case because damages sought are within the jurisdictional limits of the Court. Plaintiff seeks monetary relief over $200,000, but not more than $1,000,000.

## IV. FACTS

4.1   On or about September 21, 2012, Plaintiff Jaime A. Trejos was operating an 18 wheeler truck for Defendant COL Transport and was parked on the scale at Stage 2, lane 4 at the

2

Certified Document Number: 63033141 - Page 2 of 6

Bayport Operations facility of the Port of Houston in Houston, Harris County, Texas. At the time and on the occasion in question, Mr. Trejos was transporting a container (container #ZCSU 838051-9) which was owned by Defendant Zim American Integrated Shipping Services Co. Inc. (hereinafter referred to as Zim American) and leased and used for transport of its products by Formosa Plastics Corporation, USA (hereinafter referred to as Formosa). The container being transported by Trejos was defective and/or improperly sealed for transport and, as a result did not close properly. As Mr. Trejos was outside of his truck in lane 4 at the Port of Houston attempting to close the back doors of the container, another truck driver pulled up and stopped directly behind Mr. Trejos' truck, got out of his truck to assist Mr. Trejos with closing the container doors. As both men were working on closing Mr. Trejos' container doors, the other driver's truck rolled forward, pinning Mr. Trejos between the container he was working on and the front of the other truck.

4.2　　As a proximate result of the negligence of Defendants, Plaintiff Jaime A. Trejos sustained severe and disabling injuries and suffered damages resulting therefrom.

## V. NEGLIGENCE OF DEFENDANT
## FORMOSA PLASTICS CORPORATION, TEXAS

5.1　　At the time and occasion in question, Formosa Plastics Corporation, USA was negligent generally, and failed to use ordinary care by various acts and/or omissions, including but not limited to the following, each of which singularly or in combination, was a proximate cause of the incident in question:

a)　　In failing to properly secure container #ZCSU 838051-9 prior to it leaving Defendant's premises;

b)　　In failing to train its agents, servants and/or employees to properly secure containers prior to the containers leaving Defendant's premises; and

Certified Document Number: 63033141 - Page 3 of 6

3

c)      In failing to properly supervise its agents, servants and/or employees to properly secure containers prior to the containers leaving Defendant's premises.

5.2     Each of the foregoing acts and/or omissions of Defendant Formosa Plastics Corporation Texas, singularly or in combination, constitute negligence and were a proximate cause of Plaintiff's injuries and resulting damages.

## VI. NEGLIGENCE OF DEFENDANT
## ZIM AMERICAN INTEGRATED SHIPPING SERVICES CO., INC.

6.1     At the time and occasion in question, Zim American Integrated Shipping Services Co., Inc. was negligent generally, and failed to use ordinary care by various acts and/or omissions, including but not limited to the following, each of which singularly or in combination, was a proximate cause of the incident in question:

a)      In failing to properly maintain container #ZCSU 838051-9 prior to it leaving Defendant's premises and/or facilities, custody and/or control;

b)      In failing to train its agents, servants and/or employees to properly maintain its containers prior to the containers leaving Defendant's premises and/or facilities, custody and/or control; and

c)      In failing to properly supervise its agents, servants and/or employees to properly maintain its containers prior to the containers leaving Defendant's premises and/or facilities, custody and/or control.

6.2     Each of the foregoing acts and/or omissions of Defendant Formosa Plastics Corporation Texas, singularly or in combination, constitute negligence and were a proximate cause of Plaintiff's injuries and resulting damages.

## VII. DAMAGES

7.1     Plaintiff seeks to recover the following damages, both past and future damages, as result of the negligence of Defendants:

a)      Physical pain and mental anguish;

b)      Disfigurement;

4

c)   Costs of medical care;

d)   Expenses of psychological treatment;

e)   Loss of wages and wage earning capacity;

f)   Costs of Court; and

g)   Pre-and post-judgment interest allowed by law.

7.2   The amount of Plaintiff's damages is substantial and well in excess of the jurisdictional minimums of this Court. Many elements of damage, including pain, suffering and mental anguish in the past and future, past and future physical impairment, and future lost earning capacity, cannot be determined with mathematical precision. Furthermore, the determination of many of these elements of damage is within the province of the jury. Plaintiff does not at this time seek any certain amount of damages for any of these particular elements of damage, but would instead rely upon the collective wisdom of the jury to determine an amount that would fairly and reasonably compensate them.

## VIII. PRESERVING EVIDENCE

8.1   Plaintiff hereby requests and demands that Defendants preserve and maintain all evidence pertaining to any claim or defense related to the incident made the basis of this lawsuit or the damages resulting therefrom, including statements, photographs, videotapes, audiotapes, surveillance or security tapes or information, business or medical records, incident reports, tenant files, periodic reports, financial statements, bills, telephone call slips or records, estimates, invoices, checks, measurements, correspondence, facsimiles, email, voice mail, text messages, any evidence removed from the truck and trailer in question, and any electronic image or information related to the referenced incident or damages. Failure to maintain such items will constitute "spoliation" of the evidence.

Certified Document Number: 63033141 - Page 5 of 6

## IX. REQUEST FOR DISCLOSURE

9.1    Pursuant to Rule 194 of the Texas Rules of Civil Procedure, Defendants are requested to disclose the information and material described in Rule 194.2 within **fifty days** of the service of this request.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff Jaime A. Trejos prays that Defendants, FORMOSA PLASTICS CORPORATION, USA and ZIM INTEGRATED SHIPPING SERVICES CO., INC., be cited to appear and answer herein and that upon final trial and other hearing of this cause, that Plaintiff have and recover damages from Defendants, jointly and severally, in accordance with the evidence and as the jury deem him deserving; that Plaintiff recover costs of court herein expended; interest to which he is justly entitled under the law, both pre- and post-judgment; and for such other and further relief, both general and special, at law and in equity, to which Plaintiff may be justly entitled.

Respectfully submitted,

ABRAHAM, WATKINS, NICHOLS, SORRELS, AGOSTO & FRIEND

By: _____

Benny Agosto, Jr.
State Bar No. 00794981
800 Commerce Street
Houston TX 77002
713/222-7211 Telephone
713/225-0827 Facsimile
bagosto@abrahamwatkins.com

ATTORNEY FOR PLAINTIFF

Certified Document Number: 63033141 - Page 6 of 6

6



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   December 12, 2014

Certified Document Number:        63033141 Total Pages:  6

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

9/19/2014 5:24:43 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 2564707
By: DEWALT, SHERRYL

CIVIL CASE INFORMATION SHEET (REV. 2/13)

**2014-54522 / Court: 270**

CAUSE NUMBER *(FOR CLERK USE ONLY)*: _____    COURT *(FOR CLERK USE ONLY)*: _____

STYLED _____

*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| **Name:** Benny Agosto, Jr. | **Email:** bagosto@abrahamwatkins.com | **Plaintiff(s)/Petitioner(s):** Jaime Trejos | ☐ Attorney for Plaintiff/Petitioner ☐ *Pro Se* Plaintiff/Petitioner ☐ Title IV-D Agency ☐ Other: _____ |
| **Address:** 800 Commerce St. | **Telephone:** 713-222-7211 | | **Additional Parties in Child Support Case:** |
| **City/State/Zip:** Houston, TX 77002 | **Fax:** 713-225-0827 | **Defendant(s)/Respondent(s):** Formosa Plastics Corporation, USA, and | **Custodial Parent:** _____ **Non-Custodial Parent:** _____ |
| **Signature:** | **State Bar No:** 00794981 | Zim Integrated Shipping Services Co., Inc. [Attach additional page as necessary to list all parties] | **Presumed Father:** _____ |

**2. Indicate case type, or identify the most important issue in the case *(select only 1)*:**

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-Judgment Actions (non-Title IV-D)** |
| *Debt/Contract* ☐ Consumer/DTPA ☐ Debt/Contract ☐ Fraud/Misrepresentation ☐ Other Debt/Contract: _____ *Foreclosure* ☐ Home Equity—Expedited ☐ Other Foreclosure ☐ Franchise ☐ Insurance ☐ Landlord/Tenant ☐ Non-Competition ☐ Partnership ☐ Other Contract: _____ | ☐ Assault/Battery ☐ Construction ☐ Defamation *Malpractice* ☐ Accounting ☐ Legal ☐ Medical ☐ Other Professional Liability: _____ ☐ Motor Vehicle Accident ☐ Premises *Product Liability* ☐ Asbestos/Silica ☐ Other Product Liability List Product: _____ ■ Other Injury or Damage: negligence | ☐ Eminent Domain/ Condemnation ☐ Partition ☐ Quiet Title ☐ Trespass to Try Title ☐ Other Property: _____ **Related to Criminal Matters** ☐ Expunction ☐ Judgment Nisi ☐ Non-Disclosure ☐ Seizure/Forfeiture ☐ Writ of Habeas Corpus— Pre-indictment ☐ Other: _____ | ☐ Annulment ☐ Declare Marriage Void *Divorce* ☐ With Children ☐ No Children **Other Family Law** ☐ Enforce Foreign Judgment ☐ Habeas Corpus ☐ Name Change ☐ Protective Order ☐ Removal of Disabilities of Minority ☐ Other: _____ | ☐ Enforcement ☐ Modification—Custody ☐ Modification—Other **Title IV-D** ☐ Enforcement/Modification ☐ Paternity ☐ Reciprocals (UIFSA) ☐ Support Order **Parent-Child Relationship** ☐ Adoption/Adoption with Termination ☐ Child Protection ☐ Child Support ☐ Custody or Visitation ☐ Gestational Parenting ☐ Grandparent Access ☐ Parentage/Paternity ☐ Termination of Parental Rights ☐ Other Parent-Child: _____ |
| **Employment** | **Other Civil** | | | |
| ☐ Discrimination ☐ Retaliation ☐ Termination ☐ Workers' Compensation ☐ Other Employment: _____ | ☐ Administrative Appeal ☐ Antitrust/Unfair Competition ☐ Code Violations ☐ Foreign Judgment ☐ Intellectual Property | ☐ Lawyer Discipline ☐ Perpetuate Testimony ☐ Securities/Stock ☐ Tortious Interference ☐ Other: _____ | | |
| **Tax** | **Probate & Mental Health** | | | |
| ☐ Tax Appraisal ☐ Tax Delinquency ☐ Other Tax | *Probate/Wills/Intestate Administration* ☐ Dependent Administration ☐ Independent Administration ☐ Other Estate Proceedings | ☐ Guardianship—Adult ☐ Guardianship—Minor ☐ Mental Health ☐ Other: _____ | | |

**3. Indicate procedure or remedy, if applicable *(may select more than 1)*:**

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court ☐ Arbitration-related ☐ Attachment ☐ Bill of Review ☐ Certiorari ☐ Class Action | ☐ Declaratory Judgment ☐ Garnishment ☐ Interpleader ☐ License ☐ Mandamus ☐ Post-judgment | ☐ Prejudgment Remedy ☐ Protective Order ☐ Receiver ☐ Sequestration ☐ Temporary Restraining Order/Injunction ☐ Turnover |

**4. Indicate damages sought *(do not select if it is a family law case)*:**

☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100,000 but not more than $200,000
☑ Over $200,000 but not more than $1,000,000
☐ Over $1,000,000

**EXHIBIT**

**A-3**

Certified Document Number: 62444043 - Page 1 of 1



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   December 12, 2014

Certified Document Number:        62444043 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

11/4/2014 9:29:02 AM
Chris Daniel - District Clerk Harris County
Envelope No. 3052499
By: Anita Perez
Filed: 11/4/2014 9:29:02 AM

# CIVIL PROCESS REQUEST

**FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING**
**FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED**

CASE NUMBER: 2014-54522          CURRENT COURT: 270th

TYPE OF INSTRUMENT TO BE SERVED (See Reverse For Types): Original Petition

FILE DATE OF MOTION:          September 19, 2014
                              Month/      Day/      Year

SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):

1.  NAME: Formosa Plastics Corporation, USA

    ADDRESS:

    AGENT, (*if applicable*): Corporation Service Co., 211 E. 7th Street, Suite 620, Austin, TX  78701-3218

TYPE OF SERVICE/PROCESS TO BE ISSUED (*see reverse for specific type*): Citation

SERVICE BY (*check one*):
- ☐ ATTORNEY PICK-UP                    ☐ CONSTABLE
- ☐ CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____    Phone: _____
- ☐ MAIL                                ☐ CERTIFIED MAIL
- ☐ PUBLICATION:
    Type of Publication:  ☐ COURTHOUSE DOOR, or
                          ☐ NEWSPAPER OF YOUR CHOICE: _____
- ☑ OTHER, *explain* Pick up by Pro Active Legal Solutions -- Box 30 -

**************************************************************************************************

****

2.  NAME: Zim Integrated Shipping Services Co., Inc.

    ADDRESS: 15615 Waldwick Dr., Tomball, TX 77377

    AGENT, (*if applicable*): CT Corporation System, 350 North St. Paul Street, Suite 2900, Dallas, Texas 75201

TYPE OF SERVICE/PROCESS TO BE ISSUED (*see reverse for specific type*): Citation

SERVICE BY (*check one*):
- ☐ ATTORNEY PICK-UP                    ☐ CONSTABLE
- ☐ CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____    Phone: _____
- ☐ MAIL                                ☐ CERTIFIED MAIL
- ☐ PUBLICATION:
    Type of Publication:  ☐ COURTHOUSE DOOR, or
                          ☐ NEWSPAPER OF YOUR CHOICE: _____
- ☑ OTHER, *explain* Pick up by Pro Active Legal Solutions - Box 30

ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:

NAME: Benny Agosto, Jr.          TEXAS BAR NO./ID NO. 00794981

MAILING ADDRESS: 800 Commerce St., Houston, TX  77002

PHONE NUMBER: 713   222-7211          FAX NUMBER: 713   225-0827
              area code   phone number              area code   fax number

EMAIL ADDRESS: bagosto@abrahamwatkins.com; swelch@abrahamwatkins.com

EXHIBIT
A-4

Certified Document Number: 63033140 - Page 1 of 1

CIVC108 Revised 9/7/99



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   December 12, 2014

Certified Document Number:        63033140 Total Pages: 1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

CONFIRMED FILE DATE: 11/6/2014

Certified Document Number: 63124829 - Page 1 of 1



# CHRIS DANIEL
### HARRIS COUNTY DISTRICT CLERK

RECORDER'S MEMORANL
This instrument is of poor qua
at the time of imaging

## Civil Process Pick-Up Form

### CAUSE NUMBER: 2014-54522

ATY____   CIV ✓      COURT: 270

---

**REQUESTING ATTORNEY/FIRM NOTIFICATION**

ATTORNEY: Agosto, Benny Jr.    PH: 713-222-7211

CIVIL PROCESS SERVER: ProActive Legal Solutions Box #30

PH: _____

PERSON NOTIFIED SVC READY: _____

DATE: _____

30th day after date of issuance _____

---

| Type of Service Document | | Tracking Number | |
|---|---|---|---|
| Type of Service Document: | Cit | Tracking Number | 73074805 |
| Type of Service Document: | Cit | Tracking Number | 73074806 |
| Type of Service Document: | | Tracking Number | |
| Type of Service Document: | | Tracking Number | |
| Type of Service Document: | | Tracking Number | |
| Type of Service Document: | | Tracking Number | |
| Type of Service Document: | | Tracking Number | |
| Type of Service Document: | | Tracking Number | |
| Type of Service Document: | | Tracking Number | |
| Type of Service Document: | | Tracking Number | |

Process papers prepared by: **ANITA PEREZ**

Date: 11-5-14 _____ 2014

Process papers released to: _____

Process papers released by: W. M.

Date: 11-7-14   2014   Time: 10:40   AM / PM

**EXHIBIT**
A-5

Revised 3/28/11



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   December 12, 2014

Certified Document Number:　　63124829 Total Pages: 1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

11/25/2014 8:35:21 AM
Chris Daniel - District Clerk Harris County
Envelope No. 3289376
By: SASHA PRINCE
Filed: 11/25/2014 8:35:21 AM

RECEIPT NUMBER _____
TRACKING NUMBER _____

CAUSE NUMBER ___201454522___

39606 - 1

**PLAINTIFF:** TREJOS, JAIME A.
vs.
**DEFENDANT:** FORMOSA PLASTICS CORPORATION USA

In The   270th
Judicial District Court of
Harris County, Texas

### CITATION CORPORATE

THE STATE OF TEXAS
County of Harris

TO: FORMOSA PLASTICS CORPORATION USA (A FOREIGN CORPORATION) BY SERVING
ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY

211 E 7TH STREET SUITE 620   AUSTIN TX 787013218

Attached is a copy of ___PLAINTIFF'S ORIGINAL PETITION___

This instrument was filed on the _____19th_____ day of ___September___ , 20 _14_ , in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED; you may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

**TO OFFICER SERVING:**

This Citation was issued under my hand and seal of said Court, at Houston, Texas, this __5th__ day of _____November_____ , 20 _14_.

Issued at request of:
AGOSTO, BERNARDINO JR.
800 COMMERCE ST
HOUSTON, TX 77002
Tel: (713) 222-7211
Bar Number:   794981

**CHRIS DANIEL, District Clerk**
Harris County, Texas
201 Caroline, Houston, Texas 77002
P.O. Box 4651, Houston, Texas 77210

Generated by: PEREZ, ANITA   10J//9964935

### OFFICER/AUTHORIZED PERSON RETURN

I received this citation on the _____ day of _____ , 20 ____ , at _____ o'clock ____.M., endorsed the date of delivery thereon, and executed it at _____ , _____ ,

(street address)   (city)

in _____ County, Texas on the _____ day of _____ , 20 ____ , at _____ o'clock ____. M.,

by delivering to _____ _____ , by delivering to its

(the defendant corporation named in cit___

_____ , in person, whose   _____ ,

(registered agent, president, or vice-president)

a true copy of this citation, with a copy of the ___   _____ Petition attached, ...aintiffs Original"

and with accompanying copies of _____   _____ .

, if any, delivered with the petition)

I certify that the facts stated in thi___   ...w on the _____ day of _____ , 20 ____ .

FEE: $ _____   _____
(signature of officer)
...ted Name: _____

As Deputy for: _____
_____   (printed name & title of sheriff or constable)
Affiant Other Than Officer

On this day, _____ , known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____ , 20 _____

_____
Notary Public

N INT.CITC.P



**EXHIBIT**

A-6

Certified Document Number: 63302888 - Page 1 of 2

CFH: 11/12/14 e SPM

## CAUSE NO.    201454522

# RETURN

Came to my hand:   **11/12/2014**  , at    **05:00**  o'clock   **P.M.**  , the following specified documents:

- **Citation**
- **Plaintiff's Original Petition**
- **Request for Disclosure**

and executed by me on:  11 / 13 /2014  , at   12:42 o'clock    P.M.  , at

**211 E. 7TH STREET, SUITE 620, AUSTIN, TX 78701, within the county of TRAVIS, by delivering to FORMOSA PLASTICS CORPORATION USA (A FOREIGN CORPORATION), by delivering to its registered agent, CORPORATION SERVICE COMPANY, by delivering to   SUE VERTREES                ,** employee/managing agent, in person, a true copy of the above specified documents having first endorsed on such copy the date of delivery.

I am over the age of 18, not a party to nor interested in the outcome of the above numbered suit, and I declare under penalty of perjury that the foregoing is true and correct.

Authorized Person: MATTHEW MURSU, SCH2266
Expiration Date: ___11___ / _30_ /20 15

**STATE OF TEXAS   }**

## VERIFICATION

Before me, a notary public, on this day personally appeared the above named Authorized person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements and facts therein contained are within his personal knowledge and experience to be true and correct. Given under my hand and seal of office on this the 13th day of _____November_____ , 2014

DANA L. MCMICHAEL
Notary Public, State of Texas
My Commission Expires
April 23, 2016

**Notary Public**



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   December 12, 2014

Certified Document Number:        63302888 Total Pages:  2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

12/2/2014 1:59:14 PM
Chris Daniel - District Clerk Harris County
RECEIPT NUMBER _____ Envelope No. 3347363
TRACKING NUMBER ___ 73074808y: SASHA PRINCE
Filed: 12/2/2014 1:59:14 PM

CAUSE NUMBER ___201454522___

**PLAINTIFF:**  TREJOS, JAIME A.
    **vs.**
**DEFENDANT:**  FORMOSA PLASTICS CORPORATION USA

In The    270th
**Judicial District Court of**
**Harris County, Texas**

## CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

TO: ZIM INTEGRATED SHIPPING SERVICES CO INC (A FOREIGN CORPORATION) BY
    SERVING ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CT CORPORATION SYSTEM

    350 NORTH ST. PAUL STREET SUITE 2900  DALLAS TX 75201

Attached is a copy of ___PLAINTIFF'S ORIGINAL PETITION___

This instrument was filed on the ___19th___ day of ___September___, 20__14__, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED; you may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

**TO OFFICER SERVING:**

This Citation was issued under my hand and seal of said Court, at Houston, Texas, this ___5th___ day of ___November___, 20__14__.

Issued at request of:
AGOSTO, BERNARDINO JR.
800 COMMERCE ST
HOUSTON, TX 77002
Tel: (713) 222-7211
Bar Number: 794981

**CHRIS DANIEL, District Clerk**
Harris County, Texas
201 Caroline, Houston, Texas 77002
P.O. Box 4651, Houston, Texas 77210

Generated by: PEREZ, ANITA   IOJ//9964935

### OFFICER/AUTHORIZED PERSON RETURN

I received this citation on the _____ day of _____, 20___, at_____ o'clock ___.M., endorsed the date of delivery thereon, and executed it at _____, _____,
                                     (street address)             (city)

in _____ County, Texas on the _____ day of _____, 20___, at_____ o'clock ___. M.,
by delivering to _____, by delivering to its
                (the defendant corporation named in citation)

_____, in person, whose name is _____,
(registered agent, president, or vice-president)

a true copy of this citation, with a copy of the _____ _____ Petition attached,
                                      Original"

and with accompanying copies of _____ _____.
                           ..vered with the petition)

I certify that the facts stated in this retu..____ day of _____, 20___.

FEE: $ _____
                           (signature of officer)
        .ame: _____

      .s Deputy for: _____
_____       (printed name & title of sheriff or constable)
Affiant Other Than Officer

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, 20 _____

_____
Notary Public

N.INT.CITC.P

**EXHIBIT**

**A-7**

Certified Document Number: 63352290 - Page 1 of 2

# AFFIDAVIT OF SERVICE

**State of Texas**                    **County of Harris**                    **270th Judicial District Court**

Case Number: 2014-54522

Plaintiff:
**Jaime A Trejos**

vs.

Defendant:
**Formosa Plastics Corporation, USA and ZIM Integrated Shipping Services
Co., Inc.**

For:
Benny Agosto Jr.
800 Commerce Street
Houston, TX 77002

Received by ProActive Legal Solutions on the 13th day of November, 2014 at 11:00 am to be served on **Registered Agent
for ZIM Integrated Shipping Services Co., Inc. C T Corporation System, 1999 Bryan Street, Suite 900, Dallas, TX 75201**

I, Anthony Collins, being duly sworn, depose and say that on the **13th day of November, 2014** at **3:30 pm, I:**

Executed service by delivering a true copy of the **Citation, Copy of Plaintiff's Original Petition** , to: **Marie Garcia** as
**Authorized Acceptance Agent** at the address of: **1999 Bryan Street, Suite 900, Dallas, TX 75201**, who is authorized to
accept service for **ZIM Integrated Shipping Services Co., Inc.**, and informed said person of the contents therein, in
compliance with state statutes.

"I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good
standing, in the judicial circuit in which the process was served. I have personal knowledge of the facts set forth in this
affidavit, and they are true and correct."

Subscribed and Sworn to before me on the 14th day of
November, 2014 by the affiant who is personally known to
me.

_____
NOTARY PUBLIC

JON PEKAR
Notary Public, State of Texas
My Commission Expires
December 29, 2014

**Anthony Collins**
SCH 357 Expires 12/31/2016

**ProActive Legal Solutions**
**P.O.Box 8538**
**Houston, TX 77249**
**(832) 209-7760**

Our Job Serial Number: ONT-2014004738
Ref: 39606-2

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   December 12, 2014

Certified Document Number:        63352290 Total Pages:  2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

CAUSE NO. 2014-54522

| | | |
|---|---|---|
| JAIME TREJOS | § | IN THE DISTRICT COURT OF |
| Plaintiff, | § | |
| | § | |
| | § | |
| vs. | § | HARRIS COUNTY, TEXAS |
| | § | |
| FORMOSA PLASTICS CORPORATION, | § | |
| USA and ZIM INTEGRATED SHIPPING | § | |
| SERVICES CO., INC. | § | |
| Defendants. | § | 270th JUDICIAL DISTRICT |

## DEFENDANT'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES FORMOSA PLASTICS CORPORATION, USA, one of the Defendants in the above styled and numbered cause, and files this its Original Answer to Plaintiff's Original Petition and for such would respectfully show the Court the following:

I.

Defendant denies each and every, all and singular, the allegations contained in Plaintiff's Original Petition and demands strict proof thereof.

II.

Defendant affirmatively pleads that the occurrence in question and the Plaintiff's injuries and damages were caused, in whole or in part, by the negligence of the Plaintiff.

III.

Defendant affirmatively pleads that the occurrence in question and the Plaintiff's injuries and damages were caused, in whole or in part, by third persons over whom Defendant had no control.



EXHIBIT

A-8

IV.

Defendant affirmatively pleads the limitation on evidence relating to the amount of economic damages which is contained in Texas Civil Practice & Remedies Code § 41.0105.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that upon a trial of this case, the Court dismiss the Plaintiff's lawsuit in all things and order that Plaintiff take nothing by his lawsuit and grant Defendant all costs of court, together with other and further relief to which it may show itself entitled.

Respectfully submitted,

**CULLEN, CARSNER, SEERDEN & CULLEN, L.L.P.**
P. O. Box 2938
Victoria, TX 77902
(361) 573-6318 Telephone
(361) 573-2603 Fax

By: _____

William F. Seerden
State Bar No. 17986000
*bseerden@cullenlawfirm.com*
Patrick A. Cullen
State Bar No. 05208800
*pcullen@cullenlawfirm.com*

2

## CERTIFICATE OF SERVICE

In accordance with the Texas Rules of Civil Procedure, I do hereby certify that a true and

correct copy of the above and foregoing pleading has been served on the following on this the

3rd day of December, 2014:

Benny Agosto, Jr.
ABRAHAM, WATKINS, NICHOLS,
SORRELS, AGOSTO & FRIEND
800 Commerce Street
Houston, TX 77002
bagosto@abrahamwatkins.com

_____
William F. Seerden

12/8/2014 8:51:41 AM
Chris Daniel - District Clerk Harris County
Envelope No. 3403402
By: SHELLEY BOONE
Filed: 12/8/2014 8:51:41 AM

CAUSE NO. 2014-54522

| | | |
|---|---|---|
| JAIME A. TREJOS | § | IN THE DISTRICT COURT |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | OF HARRIS COUNTY, TEXAS |
| | § | |
| FORMOSA PLASTICS CORPORATION, | § | |
| USA and ZIM INTEGRATED SHIPPING | § | |
| SERVICES CO., INC. | § | |
| | § | |
| **Defendants.** | § | 270th JUDICIAL DISTRICT |

## DEFENDANTS ZIM INTEGRATED SHIPPING SERVICES, LTD. AND ZIM AMERICAN INTEGRATED SHIPPING SERVICES COMPANY'S ORIGINAL ANSWER TO PLAINTIFF JAIME A. TREJOS' ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants ZIM Integrated Shipping Services, Ltd. and ZIM American Integrated Shipping Services Company, LLC (hereafter jointly "ZIM") file this Original Answer to Plaintiff Jaime Trejo's Original Petition and would respectfully show the following:

### I.    SPECIAL EXCEPTIONS

1.    ZIM specially excepts to Plaintiff's Original Petition to the extent Plaintiff refers variously to "ZIM Integrated Shipping Services Co., Inc.", "ZIM American Integrated Shipping Services Co., Inc.", and "ZIM Integrated Shipping Services, Ltd." as not giving fair notice of which entity Plaintiff is alleging his causes of action against.

### II.    GENERAL DENIAL

2.    ZIM asserts a general denial to the allegations contained in Plaintiff's Original Petition as is authorized by Rule 92 of the Texas Rules of Civil Procedure. ZIM demands that Plaintiff be required to prove his charges and allegations against ZIM by a preponderance of the evidence as is required by the Constitution and the laws of the State of Texas, as well as substantive and procedural laws of the United States, or otherwise, as may be appropriate.



EXHIBIT
A-9

## III.   OTHER DEFENSES

3.      Without waiving any other defenses and for further answer, Plaintiff's alleged injury and damages, if any, are the result in whole or in part of the acts and/or omissions of third parties and/or instrumentalities over which ZIM exercised no right of control and for which ZIM has no legal liability.

4.      Without waiving any other defenses and for further answer, ZIM would show that if it is found liable to Plaintiff in any amount, it is entitled to a credit or set-off for any and all sums Plaintiff has received in the way of any and all settlements.  In the alternative, ZIM asserts its right to a proportionate reduction of any damages found against it, based on the negligence attributable to any settling tortfeasor and/or any responsible third party and/or Plaintiff.

5.      Without waiving any other defenses and for further answer, ZIM invokes the doctrine of comparative fault, comparative responsibility and/or proportionate responsibility. TEX. CIV. PRAC. & REM. CODE § 33.001, et seq.

6.      Without waiving any other defenses and for further answer, the incident made the basis of this suit and the alleged resulting damages, if any, were the result of intervening, superseding, or new and independent causes.

7.      Without waiving any other defenses and for further answer, Plaintiff's alleged injury and damages, if any, were proximately caused, in whole or in part, by the negligence of Plaintiff.

8.      Without waiving any other defenses and for further answer, Plaintiff's recovery of medical and or healthcare expenses incurred is limited to the amount actually paid or incurred by or on behalf of the Plaintiff.

9.      Without waiving any other defenses and for further answer, Plaintiff has failed to mitigate his alleged damages, if any.

10.     Without waiving any other defenses and for further answer, Plaintiff's alleged injuries and damages, if any, were the result of an unavoidable accident or one occurring without negligence of any party.

11.     Without waiving any other defenses and for further answer, Plaintiff's alleged injury and damages, if any, are the result in whole or in part of preexisting and/or subsequently occurring illnesses, injuries and/or bodily conditions unrelated to the alleged incident herein and for which ZIM has no legal liability.

12.     Without waiving any other defenses and for further answer, ZIM pleads all applicable contracts to which it was a party and under which ZIM is entitled to contribution, defense and/or indemnity.

13.     Without waiving any other defenses and for further answer, ZIM pleads that Plaintiff voluntarily and knowingly assumed all risks, if any, associated with any conditions or circumstances which led to his alleged injuries.

14.     Without waiving any other defenses and for further answer, Plaintiff's claim is barred by the two-year statute of limitations because he did not exercise due diligence in the issuance and service of citation.

15.     Without waiving any other defenses and for further answer, regarding Plaintiff's allegations of malice and exemplary or punitive damages, ZIM asserts that Plaintiff is not entitled to recovery of exemplary and/or punitive damages as a matter of law.  ZIM invokes and relies on the entirety of Texas Civil Practice & Remedies Code Chapter 41, including, but not limited to, the limitations contained in Section 41.008, as well as the protections of the Constitution and the laws of the State of Texas and the United States as may be appropriate.

## IV.     PRAYER

Defendants ZIM Integrated Shipping Services, Ltd. and ZIM American Integrated Shipping Services Company, LLC respectfully request that the Court dismiss all claims asserted by Plaintiff

against them with prejudice, and at Plaintiff's cost, and award Defendants their attorney's fees, costs and expenses, and for all such other and further relief as may be just and proper.

Respectfully submitted,

BLANK ROME LLP

Douglas J. Shoemaker
State Bar No. 00788406
David G. Meyer
State Bar No. 24052106
700 Louisiana, Suite 4000
Houston, Texas 77002
(713) 402-7630
FAX (713) 228-6605
**ATTORNEYS FOR DEFENDANTS
ZIM INTEGRATED SHIPPING SERVICES, LTD.
AND ZIM AMERICAN INTEGRATED SHIPPING
SERVICES COMPANY, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on all counsel of record pursuant to Rule 21a of the Texas Rules of Civil Procedure on this the _____ day of December, 2014.

Benny Agosto, Jr.
Abraham, Watkins, Nichols, Sorrels,
    Agosto & Friend
800 Commerce Street
Houston, TX 77002

Douglas Shoemaker

**UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **JAIME A. TREJOS** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | Civil Action No.___4:14-cv-3565___ |
| | § | |
| **FORMOSA PLASTICS CORPORATION,** | § | |
| **USA, ZIM INTEGRATED SHIPPING** | § | |
| **SERVICES LTD., and ZIM AMERICAN** | § | |
| **INTEGRATED SHIPPING SERVICES** | § | |
| **COMPANY LLC,** | § | |
| | § | |
| **Defendants.** | § | |

**<u>LIST OF ALL COUNSEL OF RECORD</u>**

Plaintiff Jaime Trejos is represented by the following counsel of record:

Benny Agosto, Jr.
Abraham, Watkins, Nichols, Sorrels, Agosto & Friend
800 Commerce Street
Houston, TX 77002
Phone: (713) 222-7211
FAX: (713) 225-0827

Defendants ZIM Integrated Shipping Services, Ltd. and ZIM American Integrated Shipping Services Company, LLC are represented by the following counsel of record:

Douglas J. Shoemaker
David G. Meyer
BLANK ROME LLP
700 Louisiana, Suite 4000
Houston, Texas 77002
Phone: (713) 228-6601
FAX: (713) 228-6605

Defendant Formosa Plastics Corporation, USA is represented by the following counsel of record:

William F. Seerden
Patrick Cullen
Cullen, Carsner, Seerden & Cullen, LLP
P O Box 2938
Victoria, Texas 77902
Phone: (361) 573-6318
FAX: (361) 573-2603

